UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


EDWIN M. MACK,

                    Petitioner,

-vs-                              Case No.  2:07-cv-800-FtM-29SPC
                                 Case No. 2:04-cr-49-FTM-29SPC

UNITED STATES OF AMERICA,

                    Respondent.
_____


## OPINION AND ORDER

     This matter comes before the Court on Petitioner's Notice of
Appeal (Doc. #26) filed on February 17, 2009.  Pursuant to FED. R.
APP. P. 22(b)(1), this is deemed to also include an application for
certificate of appealability (Doc. #27).

     Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from
a final order in a habeas proceeding unless a certificate of
appealability issues.  The decision to issue a certificate of
appealability requires "an overview of the claims in the habeas
petition and a general assessment of their merits." Miller-El v.
Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district
court has rejected a prisoner's constitutional claims on the
merits, the petitioner must demonstrate that reasonable jurists
would find the district court's assessment of the constitutional
claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473,
484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When

the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001). "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336.

On December 30, 2008, the Court issued an Opinion and Order (Doc. #24) denying petitioner's Motion to Amend 28 USC 2255 Motion to Vacate Pursuant to F.R.Civil Proc. 15 (Doc. #8) and denying petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody (Doc. #1) as to all claims for the reasons stated therein. Judgment (Doc. #49) was entered on January 7, 2009, and petitioner filed a Notice of Appeal (Doc. #26) dated February 11, 2009, and bearing a post mark of February 12, 2009. Upon review, the Court finds that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claim debatable or wrong or that the Court was incorrect in its procedural rulings.

Accordingly, it is now

**ORDERED:**

Petitioner's application for certificate of appealability, deemed included in the Notice of Appeal (Doc. #27), is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of February, 2009.

JOHN E. STEELE
United States District Judge

Copies:
All Parties of Record

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303